## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **08-cv-01783-AP**

**SANDRA PROCTOR,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Bruce C. Bernstein<br>1828 Clarkson Street #100<br>Denver, CO 80218<br>303-830-2300<br>bcblaw@qwest.net | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed: 8/21/08
   B. Date Complaint Was Served on U.S. Attorney's Office: 9/4/08
   C. Date Answer and Administrative Record Were Filed: 11/4/08

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   A. Plaintiff states that upon preliminary review, it appears to be adequate.
   B. Defendant states that the administrative record is adequate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   A. Plaintiff's attorney did not represent Plaintiff at the Administrative hearing and thus needs to review the extensive record before having a firm position as to whether additional evidence might be available or helpful.
   B. Defendant does not intend to submit additional evidence. Defendant reserves the right to respond to any additional evidence that Plaintiff submits.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   A. Plaintiff's attorney did not represent Plaintiff at the Administrative hearing. However, from brief review of the record, this case does not appear to raise anything out of the ordinary.
   B. Defendant, to the best of his knowledge, states that this case does not raise any unusual claims or defenses in this case.

7. **OTHER MATTERS**

   A. Plaintiff states that there are no other matters at this time.
   B. Defendant states that there are no other matters.

8. **BRIEFING SCHEDULE**

   A. Plaintiffs Opening Brief Due: 12/31/08
   B. Defendant's Response Brief Due: 2/3/09
   C. Plaintiffs Reply Brief (If Any) Due: 2/18/09

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   **A. Plaintiffs Statement:** Plaintiff's attorney did not represent Plaintiff at the Administrative hearing and thus is unable to make a determination as to whether oral argument will be helpful. This matter will be addressed in Plaintiff's Opening Brief.
   **B. Defendant's Statement:** Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**
    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**
    The Plan may be altered or amended only upon a showing of good cause.

DATED this 21st day of November, 2008.

> BY THE COURT:
>
> *S/John L. Kane*
> U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/Bruce C. Bernstein | TROY A. EID |
| Bruce C. Bernstein | United States Attorney |
| 1828 Clarkson Street #100 | KEVIN TRASKOS |
| Denver, CO 80218 | Deputy Chief, Civil Division |
| 303-830-2300 | United States Attorney's Office |
| bcblaw@qwest.net | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | s/ Debra J. Meachum |
| | Debra J. Meachum |
| | Special Assistant U.S. Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-1570 |
| | Debra.meachum@ssa.gov |