UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01783-WYD

SANDRA PROCTOR,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court in connection with the <u>Amended</u> Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filed November 2, 2009 and signed by both parties).  Defendant asserts in the motion that it received Plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act ("EAJA") and that it agrees that Plaintiff should be awarded fees in the amount of $6,850.00, subject to approval of the Court.

Having reviewed the motion, I find that an award of fees under the Equal Access to Justice Act is proper and that the stipulated motion should be granted.  Accordingly, it is

ORDERED that Defendant's <u>Amended</u> Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. # 20) is **GRANTED**.  Attorney's fees in the amount of $6,850.00 shall be paid by Defendant to Plaintiff in this case under the EAJA.

Dated November 9, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge